# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

LIBARDO ARTURO CALERO,

                    Defendant.

CASE NO. 13-cr-00500-BTM

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

 X    an indictment has been filed in another case against the defendant and
      the Court has granted the motion of the Government for dismissal of
      this case, without prejudice; or

 ___  the Court has dismissed the case for unnecessary delay; or

 ___  the Court has granted the motion of the Government for dismissal,
      without prejudice; or

 ___  the Court has granted the motion of the defendant for a judgment of
      acquittal; or

 ___  a jury has been waived, and the Court has found the defendant not
      guilty; or

 ___  the jury has returned its verdict, finding the defendant not guilty;

 X    of the offense(s) as charged in the Indictment/Information:

      31:5332(a)and(b);31:5317(c)5332(b)(2); - Bulk Cash Smuggling and

      Criminal Forfeiture(1)

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/12/13

_____
          Mitchell D. Dembin
          U.S. Magistrate Judge



FILED

MAR 1 2 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY